IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, AS REPRESENTATIVE OF THE ESTATE OF NELSON NAPOLEON SANCHEZ | § § § § | |
| AIDO MANUEL GARRIDO AND IVON ELENA PARRA DE GARRIDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF EVELIN CAROL GARRIDO DE SANCHEZ AND DANIEL ENRIQUE SANCHEZ GARRIDO, A MINOR; | § § § § § § § § | |
| MAXIMILLIANO PEREZ CEBALLOS AND PETRA MARIA COLMENAREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF PEDRO NORBERTO PEREZ COLMENAREZ | § § § § § § | CIVIL ACTION NO. B-04-080 |
| VS. | § § | |
| GOODRICH CORPORATION F/K/A B.F. GOODRICH COMPANY; AND FORD MOTOR COMPANY | § § § | |

United States District Court
Southern...

MAY 1 3 2004

Michael N. Milby
Clerk of Court

### DEFENDANT GOODRICH CORPORATION'S CERTIFICATE OF FINANICIALLY INTERESTED ENTITIES

COMES NOW Goodrich Corporation ("Goodrich"), one of the defendants in the above-styled and numbered cause, and, pursuant to the Court's Order Setting Conference, files this its Certificate of Financially Interested Persons.

1. The undersigned counsel of record for Goodrich certifies that the following listed persons or entities have a financial interest in the outcome of this case and/or are attorneys of record for financially interested entities:

| Person or Entity | Connection to Case |
|---|---|
| Marcos Sanchez | Plaintiff |

AUS:2158997.1
32302.114

| | |
|---|---|
| Estate of Nelson Napoleon Sanchez | Plaintiff |
| Aido Manuel Garrido | Plaintiff |
| Ivon Elena Parra DeGarrido | Plaintiff |
| Estate of Evelin Carol Garrido De Sanchez | Plaintiff |
| Estate of Daniel Enrique Sanchez Garrido, Minor | Plaintiff |
| Maximilliano Perez Ceballos | Plaintiff |
| Petra Maria Colmenarez | Plaintiff |
| Pedro Norberto Perez Colmenarez | Plaintiff |
| Goodrich Corporation | Defendant |
| Ford Motor Company | Defendant |
| Juan A. Gonzalez<br>Law Offices of Mark Cantu | Attorney for Plaintiffs |
| Jaime Saenz<br>Rodriguez, Colvin, Chaney & Saenz | Attorneys for Defendant<br>Ford Motor Company |
| Thomas M. Bullion III<br>Brown McCarroll, L.L.P. | Attorney for Defendant<br>Goodrich Corporation |

Respectfully submitted,

[signature]

Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

ATTORNEYS FOR DEFENDANT
GOODRICH CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by certified mail, return receipt requested, or by telecopy to all counsel of record listed below on this ___ day of May, 2004.

Mr. Juan A. Gonzalez
Law Office of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Mr. Jaime Saenz
Mr. R. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren (78520)
P. O. Box 2155
Brownsville, Texas 78522

_____
Thomas M. Bullion III

3