United States District Court
Southern District of Texas
FILED

MAY 1 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCOS SANCHEZ, Individually and As Representative of the Estate of NELSON NAPOLEON SANCHEZ; AIDO MANUEL GARRIDO and IVON ELENA PARRA DE GARRIDO, Individually and As Representatives of The Estates of EVELIN CAROL GARRIDO DE SANCHEZ and DANIEL ENRIQUE SANCHEZ GARRIDO, a Minor; MAXIMILLIANO PEREZ CEBALLOS and PETRA MARIA COLMENAREZ, Individually and As Representative of PEDRO NORBERTO PEREZ COLMENAREZ | * * * * * * * * * * * * * * * |
| VS. | * **CIVIL ACTION NO. B-04-080** |
| GOODRICH CORPORATION f/k/a B.F. GOODRICH COMPANY and FORD MOTOR COMPANY | * * * * |

### DEFENDANT FORD MOTOR COMPANY'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant Ford Motor Company ("Ford") files this Certificate of Financially Interested Entities pursuant to the Court's Order of Conference and shows the Court the following:

Ford Motor Company is a publicly traded corporation, has no parent corporations, and there are no publicly held companies that own ten percent or more of Ford's stock.

Respectfully submitted,

RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.

By: _____
    Jaime A. Saenz
State Bar No. 17514859
Southern District Admissions No. 7630
    R. Patrick Rodriguez
State Bar No. 24002861
Southern District Admissions No. 22949
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Ford Motor Company's Disclosure of Financially Interested Entities was served upon all counsel of record, to-wit:

> Juan A. Gonzalez
> Law Office of Mark A. Cantu
> The Atrium
> 1300 North 10th Street, Suite 400
> McAllen, Texas 78501
> Attorneys for Plaintiffs

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 13th day of May, 2004.

_____
Jaime A. Saenz