

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
F...

AUG 0 6 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, AS REPRESENTATIVE OF THE ESTATE OF NELSON NAPOLEON SANCHEZ §§§§<br><br>AIDO MANUEL GARRIDO AND IVON ELENA PARRA DE GARRIDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF EVELIN CAROL GARRIDO DE SANCHEZ AND DANIEL ENRIQUE SANCHEZ GARRIDO, A MINOR;<br><br>MAXIMILLIANO PEREZ CEBALLOS AND PETRA MARIA COLMENAREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF PEDRO NORBERTO PEREZ COLMENAREZ<br><br>VS.<br><br>GOODRICH CORPORATION F/K/A B.F. GOODRICH COMPANY; AND FORD MOTOR COMPANY | CIVIL ACTION NO. B-04-080 |

## JOINT DISCOVERY / CASE MANAGEMENT PLAN

TO THE HONORABLE JUDGE OF SAID COURT:

1.  State whether and when the meeting of the parties required by Rule 26(f) was held and identify the counsel who attended for each party.

    **The Rule 26(f) conference was held telephonically on July 19, 2004. Defendant Goodrich Corporation f/k/a/ B. F. Goodrich was represented by Evan N. Kramer. Defendant Ford Company was represented by Jaime Saenz. Plaintiffs were represented by Juan Gonzalez.**

2.  List the cases related to this one that are pending in any state or federal court with the case number and court.

    **No pending cases are related to the matter at bar. However, there are multiple cases filed around the country with similar allegations made against the Defendants. These cases are too numerous to set forth here.**

3.  Specify the allegation of federal jurisdiction.

    **This action was removed to this court based on federal diversity jurisdiction.**

4.  Name the parties who disagree and the reasons

    **Plaintiffs and Defendants agree that the parties are diverse.**

5.  List anticipated additional parties that should be included, when they can be added, and by who they are wanted.

    **Based on the facts alleged in Plaintiffs' Original State Court Petition, Defendant Goodrich Corporation is not a proper party to this case. Plaintiffs intend to dismiss Goodrich Corporation and add Michelin North America, Inc. as a defendant. Counsel for the tire defendant will remain the same. Defendant agrees to stipulate that Michelin North America, Inc. is the proper defendant in this lawsuit. Michelin North America, Inc. will further stipulate that the effective filing date of the original lawsuit will relate back to Michelin North America, Inc. once properly served.**

    **If discovery warrants such an allegation, Defendants may allege that the fault of the driver is responsible for the crash and Plaintiffs' damages and will file a counterclaim to the end. Defendants may also need to seek leave of court to add responsible third parties based on discovery obtained.**

6.  List anticipated interventions.

    **No interventions are anticipated.**

7.  Describe class-action issues.

    **There are no class-action issues.**

8. State whether each party represents that it has made the initial disclosures required by Rule 26(a). If not, describe the arrangements that have been made to complete the disclosures.

   **The parties propose that all obligations under Rule 26(a) be postponed until the resolution of the *foreign non conveniens* and conflict-of-law issues in this case. For further answer please see response to No. 9 below.**

9. Describe the proposed agreed discovery plan, including:

   A. Responses to all the matters raised in Rule 26(f).
   B. When and to whom the plaintiff anticipates it may send interrogatories.
   C. When and to whom the defendant anticipates in may send interrogatories.
   D. Of whom and by when the plaintiff anticipates taking oral depositions.
   E. Of whom and by when the defendant anticipates taking oral depositions.
   F. When the plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate experts and provide their reports.
   G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date.
   H. List expert depositions the opposing party anticipates taking and their anticipated completion date.

   **This case involves the claims of Venezuelan citizens for an accident that occurred in Venezuela. Goodrich Corporation filed a Motion to Dismiss the case based on *Forum Non Conveniens*. Goodrich Corporation, joined by Ford Motor Company, expects to have the issue fully briefed before the Court by the August 20, 2004, scheduling conference. Goodrich Corporation and Ford Motor Company intend to file a choice of law motion contemporaneously with defendant's *forum non conveniens* brief. The parties would respectfully urge the Court to enter an order allowing a 45-day period for discovery on the *forum non conveniens* and choice of law issues. Plaintiffs agree to serve all responsive briefing on these issues approximately 15 days later, and Defendants agree to serve a reply, if necessary, approximately ten days later.**

   **Neither party anticipates needing any depositions prior to the resolution of the *forum non conveniens* and conflict-of-law issues.**

   **The parties propose that further discovery, including exchange of initial disclosures, be postponed until the resolution of the *forum non conveniens* and conflict-of-law issues.**

17. State whether a jury demand has been made and if it was made on time.

    **Plaintiffs timely requested a jury demand in their Original Petition filed in state court.**

18. Specify the number of hours it will take to present the evidence in this case.

    **The parties expect eighty (80) hours of trial testimony divided equally among the parties.**

19. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **None.**

20. List other motions pending.

    **Defendants have filed Motions to Dismiss for *Foreign Non Conveniens*. The motions will be fully briefed by the August 20, 2004 scheduling conference.**

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **This case involves the claims of Venezuelan citizens for an accident that occurred in Venezuela. Goodrich Corporation filed a Motion to Dismiss the case based on *Forum Non Conveniens*. Goodrich Corporation, joined by Ford Motor Company, expects to have the issue fully briefed before the Court by the August 20, 2004, scheduling conference. Goodrich Corporation and Ford Motor Company intend to file a choice of law motion contemporaneously with defendant's *forum non conveniens* brief. The parties would respectfully urge the Court to enter an order allowing a 45-day period for discovery on the *forum non conveniens* and choice of law issues. Plaintiffs agree to serve all responsive briefing on these issues approximately 15 days later, and Defendants agree to serve a reply, if necessary, approximately ten days later.**

    **Neither party anticipates needing any depositions prior to the resolution of the *forum non conveniens* and conflict-of-law issues.**

    **The parties propose that further discovery, including exchange of initial disclosures, be postponed until the resolution of the *forum non conveniens* and conflict-of-law issues.**

Respectfully submitted,

By: _____
Juan Gonzalez
SDTX No.: 3402
Texas Bar No.: 08129310

OF COUNSEL:

Ricardo G. Benavides
S.D. Tex. Bar No.: 32205
Texas Bar No.: 24031735
LAW OFFICES OF MARK A. CANTU
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501
(956) 687-8181; Fax: (956) 687-8868

**COUNSEL FOR PLAINTIFFS**

7

HOU:311352.1
32302.114

By: /s/ *Thomas M. Bullion III*
Thomas M. Bullion III
Attorney-In-Charge
SDTX No.: 14690
Texas Bar No. 03331005

Evan N. Kramer
SDTX No.: 12346
Texas Bar No.: 11704650
William R. Moye
SDTX No.: 34007
Texas Bar No.: 24027553
BROWN MCCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

**COUNSEL FOR DEFENDANT
GOODRICH CORPORATION**

8

HOU:311352.1
32302.114

By: _____
Jaime Saenz
Attorney-In-Charge
SDTX No.:7630
Texas Bar No.:17514859

OF COUNSEL:
R. Patrick Rodriguez
SDTX No.: 22949
Texas Bar No.: 24002861
RODRIGUEZ, COLVIN, CHANEY & SAENZ, L.L.P.
1201 East Van Buren (78520)
P. O. Box 2155
Brownsville, Texas 78522
(956)

**COUNSEL FOR DEFENDANT**
**FORD MOTOR COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Discovery/Case Management Plan has been forwarded by U.S. Certified Mail, Return Receipt Requested to the following counsel of record on this ____6th____ day of August, 2004.

_____
Jaime Saenz

Mr. Juan A. Gonzalez
Ricardo G. Benavides
Law Office of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Mr. Thomas M. Bullion
Mr. Evan N. Kramer
Mr. William R. Moye
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002

10

HOU:311352.1
32302.114