United States District Court
Southern District of Texas
FILED

AUG 2 0 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL & SCHEDULING CONFERENCE

CIVIL ACTION NO. B-04-080          DATE & TIME: 8/20/04 @ 9:40 -9:57 am
                                   COUNSEL:

MARCOS SANCHEZ, ET AL              §   Juan Gonzalez / Ricardo Benavides

VS                                 §

GOODRICH CORPORATION, ET AL        §   William Moye / Patrick Rodriguez

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket.  Juan Gonzalez and Ricardo Benavides appear for the Plaintiffs.  William Moye appeared for Deft, Goodrich.  Patrick Rodriguez appeared for Deft, Ford Motor Company, without objection.

Discussion had.  Plaintiffs will serve Defendants and Defendants will accept service. Michelin waived service and answer by 9/17/04.

Plaintiffs are granted leave to name correct defendant.
Plaintiffs' discovery out by 9/30/04.
Defendants' respond by 11/12/04
Plaintiffs response to forum non-conveniens by 12/10/04
Defendants to reply by 12/31/04
Court to submit ruling by January, 2005.

Court is adjourned.