IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, § <br> AS REPRESENTATIVE OF THE ESTATE OF § <br> NELSON NAPOLEON SANCHEZ § <br> § <br> AIDO MANUEL GARRIDO AND IVON § <br> ELENA PARRA DE GARRIDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVES OF THE ESTATES OF § <br> EVELIN CAROL GARRIDO DE SANCHEZ § <br> AND DANIEL ENRIQUE SANCHEZ § <br> GARRIDO, A MINOR; § <br> § <br> MAXIMILIANO PEREZ CEBALLOS § <br> AND PETRA MARIA COLMENAREZ, § <br> INDIVIDUALLY AND AS REPRESENTATIVE§ <br> OF PEDRO NORBERTO PEREZ § <br> COLMENAREZ § <br> § <br> VS. § <br> § <br> MICHELIN NORTH AMERICA, INC. § <br> AND FORD MOTOR COMPANY § | CIVIL ACTION NO. B-04-080 |

**PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff **Marcos Sanchez, Individually, and as Representative of the Estate of Nelson Napoleon Sanchez; Aido Manuel Garrido and Ivon Elena Parra De Garrido, Individually and as Representatives of the Estates of Evelin Carol Garrido de Sanchez and Daniel Enrique Sanchez Garrido, a Minor; Maximilliano Perez Ceballos and Petra Maria Colmenarez, Individually and as Representatives of the Estate of Pedro Norberto Perez Colmenarez** and files this their Certificate of Financially Interested Persons:

1.  Plaintiffs submit the following list of persons and entities that are financially interested in the outcome of this litigation:

1

**PLAINTIFF(S)**

1. **Marcos Sanchez**

2. **Estate of Nelson Napoleon Sanchez**

3. **Aido Manuel Garrido**

4. **Ivon Elena Parra De Garrido**

5. **Estate of Evelin Carol Garrido de Sanchez**

6. **Estate of Daniel Enrique Sanchez Garrido, Minor**

7. **Maximilliano Perez Ceballos**

8. **Petra Maria Colmenarez**

9. **Estate of Pedro Norberto Perez Colmenarez**

**DEFENDANT(S)**

1. Ford Motor Company

2. Michelin North America, Inc.

**PLAINTIFFS' ATTORNEY**

1. Law Office of Mark A. Cantu

**DEFENDANT'S ATTORNEY**

1. William Moye
   Brown McCarroll, L.L.P.

2. Jaime Saenz
   Rodriguez, Colvin, Chaney, & Saenz, LLP

2. Ford Motor Company has no parent corporation. The following is a list of domestic and foreign companies in which Ford Motor Company owns an equity interest of at least 10%, but less than 100%:

Autolatina Comercio e Participacoes Financerias Ltd.
Ford Motor Company of Australia Limited
Ford Motor Company (Belgium) N. V.
Ford Motor Company A/S

2

Ford Werke-Aktiengesellschaft
Ford Nederland B. V.
Ford Motor Company of Korea
Ford Motor Norge A.S.
Ford Motor Company of New Zealand Limited
Ford Motor Company Private Limited
Ford Motor Company (Switzerland) S.A.
Ford Vietnam Limited
The Hertz Corporation
Invercred Compania Financiera S.A.
Mazda Motors Company
Oy Ford Ab

Dated: August 26, 2004

                                      Respectfully submitted,

                                      **LAW OFFICE OF MARK A. CANTU**
                                      THE ATRIUM
                                      1300 N. 10th St., Suite 400
                                      McAllen, Texas 78501
                                      Tel: 956/687-8181
                                      Fax: 956/687-8868

                                      _____
                                      JUAN A. GONZALEZ
                                      Federal Id No. 3472
                                      State Bar No. 08129310
                                      **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the _26th_ day of August 2004.

Mr. Jaime Saenz
Mr. R. Patrick Rodriguez
**Rodriguez, Colvin, Chaney & Saenz, LLP**
1201 East Van Buren (78520)
P.O. Box 2155
Brownsville, Texas 78522
**Attorney for Ford Motor Company**


Mr. Thomas M. Bullion, III
Attorney – In – Charge
William R. Moye
Evan N. Kramer
**Brown McCarroll, LLP**
1111 Bagby, 47th Floor
**Attorney for Defendant Michelin North America, Inc.**

Juan A. Gonzalez

4