IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, § <br> AS REPRESENTATIVE OF THE ESTATE OF § <br> NELSON NAPOLEON SANCHEZ § <br> § <br> AIDO MANUEL GARRIDO AND IVON § <br> ELENA PARRA DE GARRIDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVES OF THE ESTATES OF § <br> EVELIN CAROL GARRIDO DE SANCHEZ § <br> AND DANIEL ENRIQUE SANCHEZ § <br> GARRIDO, A MINOR; § <br> § <br> MAXIMILIANO PEREZ CEBALLOS § <br> AND PETRA MARIA COLMENAREZ, § <br> INDIVIDUALLY AND AS REPRESENTATIVE § <br> OF PEDRO NORBERTO PEREZ § <br> COLMENAREZ § <br> § <br> VS. § <br> § <br> MICHELIN NORTH AMERICA, INC. § <br> AND FORD MOTOR COMPANY § | CIVIL ACTION NO. B-04-080 |

### ORDER ON PLAINTIFFS' MOTION TO ENLARGE TIME

After considering Plaintiffs' motion and the response to enlarge time to grant Plaintiffs' request for additional time to serve the Forum Non Conveniens Discovery and consider the discovery served on October 5, 2004 as timely, the court

_____   **DENIES** the request to enlarge time.

_____   **FINDS** there is cause to enlarge time to grant Plaintiffs' request for additional time to serve the Forum Non Conveniens Discovery and consider the discovery served on October 5, 2004 as timely. Therefore, the court **GRANTS** the request to enlarge time and rules that the discovery is allowed.

_____    **FINDS** there is cause to enlarge time to grant Plaintiffs' request for additional time to serve the Forum Non Conveniens Discovery and consider the discovery served on October 5, 2004 as timely after the deadline because of excusable neglect. Therefore, the court **GRANTS** the request to enlarge time until and rules that the discovery is allowed.

**SIGNED** on _____, 2004.

                                                      U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
Juan A. Gonzalez