IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, § <br> AS REPRESENTATIVE OF THE ESTATE OF § <br> NELSON NAPOLEON SANCHEZ § <br> § <br> AIDO MANUEL GARRIDO AND IVON § <br> ELENA PARRA DE GARRIDO, § <br> INDIVIDUALLY AND AS § <br> REPRESENTATIVES OF THE ESTATES OF § <br> EVELIN CAROL GARRIDO DE SANCHEZ § <br> AND DANIEL ENRIQUE SANCHEZ § <br> GARRIDO, A MINOR; § <br> § <br> MAXIMILIANO PEREZ CEBALLOS § <br> AND PETRA MARIA COLMENAREZ, § <br> INDIVIDUALLY AND AS REPRESENTATIVE§ <br> OF PEDRO NORBERTO PEREZ § <br> COLMENAREZ § <br> § <br> VS. § <br> § <br> MICHELIN NORTH AMERICA, INC. § <br> AND FORD MOTOR COMPANY § | CIVIL ACTION NO. B-04-080 |

**STIPULATION TO ENLARGE TIME FOR PLAINTIFFS TO RESPOND TO
*FORUM NON CONVENIENS* DISCOVERY PROPOUNDED BY
FORD MOTOR COMPANY**

A.   Stipulation

1.   Plaintiffs are **Marcos Sanchez, Individually, and as Representative of the Estate of Nelson Napoleon Sanchez; Aido Manuel Garrido and Ivon Elena Parra De Garrido, Individually and as Representatives of the Estates of Evelin Carol Garrido de Sanchez and Daniel Enrique Sanchez Garrido, a Minor; Maximilliano Perez**

1

**Ceballos and Petra Maria Colmenarez, Individually and as Representatives of the Estate of Pedro Norberto Perez Colmenarez**; Defendants are **Michelin North America, Inc.** and **Ford Motor Company**.

2.   Plaintiffs sued Defendant for an allegedly defective 1999 Ford Explorer vehicle and an allegedly defective tire (BF Goodrich Radial All-Terrain T/A, (DOT: BERP.8L 1049, LT 325/60R15 1060 M+S ). Said allegedly defective vehicle and tire allegedly caused Plaintiff to lose control of the vehicle and subsequent a rollover, allegedly causing the occupants to suffered injuries and subsequent deaths.

3.   Plaintiffs are required to answer Forum Non Conveniens discovery by October 25, 2004. Plaintiffs will be unable to answer and/or respond said discovery by the deadline because counsel was involved in a lengthy trial styled **Cause No. 2003-01-251-G; Ezequiel Castillo, et al vs. Tipton Motors, Inc. – Brownsville, TX; and Ford Motor Company**, before Judge Abel Limas in Cameron County, Texas that started pre-trial matters on or about August 19, 2004, and rested on or about September 29, 2004. Consequently, counsel has been unable to devote all the necessary time and attention to the discovery propounded. Counsel had also earlier been propounded with discovery from Ford on another case (Sonia Maita, et al vs. Ford), which includes three families totaling 11 sets and which Counsel has been devoting significant time to respond to that set of discovery.

4.   Therefore, the parties stipulate that Plaintiffs may have until November 8, 2004 to answer and/or respond and/or object to the *Forum Non Conveniens* discovery.

Respectfully submitted,

**LAW OFFICE OF MARK A. CANTU**
THE ATRIUM
1300 N. 10th St., Suite 400
McAllen, Texas 78501
Tel: 956/687-8181
Fax: 956/687-8868

JUAN A. GONZALEZ
Texas State Bar No. 08129310
Southern District Admission No. 3472

ATTORNEY IN CHARGE FOR PLAINTIFFS

And

Rodriguez, Colvin, Chaney & Saenz, LLP
1201 E. Van Buren
Brownsville, Texas
Tel: (956) 542 -7441
Fax: (956) 542 -2170

By _____
Jaime Saenz
Federal Admission No. 7630
State Bar No. 17514859

ATTORNEYS IN CHARGE FOR DEFENDANT FORD MOTOR COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument has been forwarded to the following counsel of record via hand-delivery, facsimile, or certified mail return receipt on this the _20_ day of October, 2004.

Mr. Thomas M. Bullion, III　　　　　　　　　Via Facsimile (512) 479-1101
Attorney – In – Charge　　　　　　　　　　　and First Class Mail
**Brown McCarroll, LLP**
111 Congress Avenue, Suite 1400
Austin, Texas 78701
*Attorney for Michelin North America, Inc.*

Mr. William R. Moye　　　　　　　　　　　　Via Facsimile (713) 525-6295
Evan Kramer　　　　　　　　　　　　　　　　and First Class Mail
**Brown McCarroll, LLP**
1111 Bagby
47th Floor
Houston, Texas 77002-2543
*Attorney for Michelin North America, Inc.*

Mr. Jaime Saenz　　　　　　　　　　　　　　Via Facsimile (956) 541-2170
Mr. R. Patrick Rodriguez　　　　　　　　　and First Class Mail
**Rodriguez, Colvin, Chaney & Saenz, LLP**
1201 East Van Buren (78520)
P.O. Box 2155
Brownsville, Texas 78522
*Attorney for Ford Motor Company*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Juan Gonzalez