United States District Court
Southern District of Texas
FILED

OCT 25 2004

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, AS REPRESENTATIVE OF THE ESTATE OF NELSON NAPOLEON SANCHEZ<br><br>AIDO MANUEL GARRIDO AND IVON ELENA PARRA DE GARRIDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF EVELIN CAROL GARRIDO DE SANCHEZ AND DANIEL ENRIQUE SANCHEZ GARRIDO, A MINOR;<br><br>MAXIMILLIANO PEREZ CEBALLOS AND PETRA MARIA COLMENAREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF PEDRO NORBERTO PEREZ COLMENAREZ<br><br>VS.<br><br>MICHELIN NORTH AMERICA, INC. AND FORD MOTOR COMPANY | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-080 |

## JOINT STIPULATION

Pursuant to the agreement of counsel, Defendant, MICHELIN NORTH AMERICA, INC. ("MNA"), hereby agrees to extend Plaintiffs' deadline to propound *forum non conveniens* discovery on Defendant MNA until October 5, 2004, and, in turn, Plaintiffs' hereby agree to extend the deadline for Defendant MNA to respond to said *forum non conveniens* discovery until November 17, 2004..

Dated:   This   21   day of October, 2004.

HOU:316384.1
32302.114

**AGREED:**

By: _____
Juan A. Gonzalez
SDTX No.: 3472
Texas Bar No.: 08129310

LAW OFFICE OF MARK A. CANTU
The Atrium
1300 North 10th Street, Suite 400
McAllen, Texas 78501
(956) 687-8181; Fax: (956) 687-8868

**ATTORNEYS FOR PLAINTIFFS**

HOU:316384.1
32302.114

By: _____
Evan N. Kramer
SDTX No.: 12346
Texas Bar No.: 11704650

William R. Moye
SDTX No.: 34007
Texas Bar No.: 24027553
BROWN McCARROLL, L.L.P.
1111 Bagby, 47th Floor
Houston, Texas 77002
(713) 529-3110; Fax: (713) 525-6295

**ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Joint Stipulation has been forwarded by U.S. Certified Mail, Return Receipt Requested, to the following counsel of record on this _____ day of _____, 2004.

_____
William R. Moye

Mr. Juan A. Gonzalez
Law Offices of Mark A. Cantu
The Atrium
1300 North 10th Street, Suite 400
McAllen, Texas 78501

-3-