IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| MARCOS SANCHEZ, Individually and as Representative of the Estate of Nelson Napoleon Sanchez,<br><br>AIDO MANUAL GARRIDO and IVON ELENA PARRA DE GARRIDO, Individually and as Representatives of the Estates of Evelin Carol Garrido de Sanchez and Daniel Enrique Sanchez Garrido, a Minor,<br><br>MAXIMILLIANO PEREZ CEBALLOS and PETRA MARIA COLMENAREZ, Individually and as Representatives of Pedro Norberto Perez Colmenarez,<br>       Plaintiffs,<br><br>VS.<br><br>GOODRICH CORP., f/k/a B.F. Goodrich Co., FORD MOTOR COMPANY, and MICHELIN NORTHA AMERICA, INC. | CIVIL ACTION NO. B-04-080 |

## ORDER

Plaintiff's Motion to Enlarge Time for Discovery (Docket No. 12) is currently listed as pending. In light of the joint stipulation filed by Plaintiffs and Defendant Michelin North America, Inc. (Docket No. 14), Plaintiff's Motion to Enlarge Time for Discovery is hereby **DENIED** as moot.

Signed this 9th day of December, 2004.

Andrew S. Hanen
United States District Judge