### Statutory Limitations on Damages in the Case of Death.

23. As mentioned in Paragraphs to 17 to 19 above, the Civil Code does not establish a limit on the amount (quantum) that can be awarded as damages, including amounts that may be awarded as moral damages.

## VI. THE EFFECTS OF CONTRIBUTORY NEGLIGENCE

24. Article 1189 of the Civil Code establishes that, when a victim has contributed to the damage he has sustained, the obligation to repair it will be reduced to the extent of the victim's own contribution to the same (Civil Code, Article 1189).

25. Venezuelan doctrine, following universally accepted continental doctrine, has further recognized that the victim's conduct to which Article 1189 refers (that is, his actions contributing to the damage he sustains) must amount to negligence[29]. Therefore, under Venezuelan law the negligence of a victim can effectively reduce the amount payable to him. To apply the rule of Article 1189, the defendant must show that the victim's negligence (fault) has caused in whole or in part the damage he has sustained. If the victim's negligence is proven to have in fact contributed in part to his own damage, then Article 1189 allows the trier of the fact to reduce the amount of compensation owed to the victim to the extent of the victim's contribution.

Caracas, August 3, 2003

James D. Rodner

---

[29] See MELICH, supra note 14, p. 139; see MADURO, supra note 18, § 416.