

8 Stat. 466  
1836 WL 3643 (U.S. Treaty)

Page 1

# Venezuela

Treaty of Peace, Friendship, Navigation and Commerce, Between the United States of America and the Republic of Venezuela.

June 20, 1836.

ARTICLE 1.

ARTICLE 2.

ARTICLE 3.

ARTICLE 4.

ARTICLE 5.

ARTICLE 6.

ARTICLE 7.

ARTICLE 8.

ARTICLE 9.

ARTICLE 10.

ARTICLE 11.

ARTICLE 12.

ARTICLE 13.

ARTICLE 14.

ARTICLE 15.

ARTICLE 16.

ARTICLE 17.

ARTICLE 18.

ARTICLE 19.

ARTICLE 20.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works



EXHIBIT 2

8 Stat. 466                                                                                                   Page 2
1836 WL 3643 (U.S. Treaty)

ARTICLE 21.

ARTICLE 22.

ARTICLE 23.

ARTICLE 24.

ARTICLE 25.

ARTICLE 26.

ARTICLE 27.

ARTICLE 28.

ARTICLE 29.

ARTICLE 30.

ARTICLE 31.

ARTICLE 32.

ARTICLE 33.

ARTICLE 34.

  THE United States of America and the Republic of Venezuela, desiring to make lasting and firm the friendship and good understanding which happily prevails between both nations, have resolved to fix, in a manner clear, distinct, and positive, the rules which shall, in future, be religiously observed between the one and the other, by means of a treaty of friendship, commerce, and navigation. For this most desirable object, the President of the United States of America has conferred full powers on John G. A. Williamson, a citizen of the said States, and their Chargé d'Affaires to the said Republic, and the President of the Republic of Venezuela on Santos Michelena, a citizen of the said Republic, who, after having exchanged their said full powers, in due and proper form, have agreed to the following articles:

                                        ARTICLE 1.

  There shall be a perfect, firm and inviolable peace and sincere friendship between the United States of America and the Republic of Venezuela, in all the extent of their possessions and territories, and between their people and citizens, respectively, without distinction of persons or places.

                                        ARTICLE 2.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                    Page 3
1836 WL 3643 (U.S. Treaty)

The United States of America and the Republic of Venezuela, desiring to live in peace and harmony with all the other nations of the earth, by means of a policy frank and equally friendly with all, engage, mutually, not to grant any particular favor to other nations, in respect of commerce and navigation, which shall not immediately become common to the other party, who shall enjoy the same freely, if the concession was freely made, or on allowing the same compensation, if the concession was conditional.

ARTICLE 3.

The two high contracting parties being likewise desirous of placing the commerce and navigation of their respective countries on the liberal basis of perfect equallity and reciprocity, mutually agree that the citizens of each may frequent all the coasts and countries of the other, and reside and trade there in all kinds of produce, manufactures and merchandize; and they shall enjoy all the rights, privileges and exemptions, in navigation and commerce, which native citizens do, or shall enjoy, submitting themselves to the laws, decrees and usages there established, to which native citizens are subjected: but it is understood that this article does not include the coasting trade of either country, the regulation of which is reserved, by the parties respectively, according to their own separate laws.

ARTICLE 4.

They likewise agree that, whatever kind of produce, manufactures or merchandize of any foreign country can be, from time to time, lawfully imported into the United States in their own vessels, may be also imported in vessels of the Republic of Venezuela; and that no higher or other duties upon the tonnage of the vessels and her cargo shall be levied and collected, whether the importation be made in the vessels of the one country or of the other: and, in like manner, that whatever kind of produce, manufactures or merchandize of any foreign country can be, from time to time, lawfully imported into the Republic of Venezuela in its own vessels, may be also imported in vessels of the United States; and that no higher or other duties upon the tonnage of the vessels and her cargo shall be levied or collected, whether the importation be made in vessels of the one country or of the other. And they agree that whatever may be lawfully exported or re-exported from the one country in its own vessels, to any foreign country, may, in like manner, be exported or re-exported in the vessels of the other country. And the same bounties, duties and drawbacks shall be allowed and collected, whether such exportation or re-exportation be made in vessels of the United States or of the Republic of Venezuela.

ARTICLE 5.

For the better understanding of the preceding article, and taking into consideration the actual state of the commercial marine of the Republic of Venezuela, it has been stipulated and agreed, that all vessels belonging

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                    Page 4
1836 WL 3643 (U.S. Treaty)

exclusively to a citizen or citizens of said Republic, and whose captain is also a citizen of the same, though the construction or crew are or may be foreign, shall be considered, for all the objects of this treaty, as a Venezuelan vessels.

ARTICLE 6.

No higher or other duties shall be imposed on the importation into the United States of any articles, the produce or manufactures of the Republic of Venezuela, and no higher or other duties shall be imposed on the importation into de Republic of Venezuela of any articles the produce or manufacture of the United States, than are or shall be payable on the like articles, being the produce or manufactures of any other foreign country; nor shall any higher or other duties or charges be imposed in either of the two countries, on the exportation of any articles to the United States or to the Republic of Venezuela, respectively, than such as are payable on the exportation of the like articles to any other foreign country; nor shall any prohibition be imposed on the exportation or importation of any articles the produce or manufactures of the United States or of the Republic of Venezuela, to or from the territories of the United States, or to or from the territories of the Republic of Venezuela, which shall not equally extend to all other nations.

ARTICLE 7.

It is likewise agreed that it shall be wholly free for all merchants, commanders of ships and other citizens of both countries, to manage themselves their own business, in all the ports and places subject to the jurisdiction of each other, as well with respect to the consignment and sale of their goods and merchandise by wholesale or retail, as with respect to the loading, unloading and sending off their ships; they being in all these cases to be treated as citizens of the country in which they reside, or, at least, to be placed on a footing with the subjects or citizens of the most favoured nation.

ARTICLE 8.

The citizens of neither of the contracting parties shall be liable to any embargo, nor be detained with their vessels, cargoes, merchandises, or effects, for any military expedition, nor for any public or private purpose whatever, without allowing to those interested a sufficient indemnification.

ARTICLE 9.

Whenever the citizens of either of the contracting parties shall be forced to seek refuge or asylum in the rivers, bays, ports or dominions of the other with their vessels, whether merchant or of war, public or private, through stress of weather, pursuit of pirates or enemies, they shall be received and treated with humanity; giving to them all favour and protection for repairing their ships,

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                    Page 5
1836 WL 3643 (U.S. Treaty)

procuring provisions, and placing themselves in a situation to continue their voyage, without obstacle or hindrance of any kind.

### ARTICLE 10.

All the ships, merchandise and the effects belonging to the citizens of one of the contracting parties, which may be captured by pirates, whether within the limits of its jurisdiction or on the high seas, and may be carried or found in the rivers, roads, bays, ports, or dominions of the other, shall be delivered up to the owners, they proving, in due and proper form, their rights before the competent tribunals; it being well understood, that the claim should be made within the term of one year, by the parties themselves, their attorneys, or agents of the respective Governments.

### ARTICLE 11.

When any vessel belonging to the citizens of either of the contracting parties shall be wrecked, foundered, or shall suffer any damage on the coasts or within the dominions of the other, there shall be given to them all assistance and protection in the same manner which is usual and customary with the vessels of the nation where the damage happens, permitting them to unload the said vessel, if necessary, of its merchandise and effects, without exacting for it any duty, impost, or contribution whatever, until they may be exported, unless they be destined for consumption.

### ARTICLE 12.

The citizens of each of the contracting parties shall have power to dispose of their personal goods within the jurisdiction of the other, by sale, donation, testament or otherwise, and their representatives, being citizens of the other party, shall succeed to their said personal goods, whether by testament or ab intestato, and they may take possession thereof either by themselves or others acting for them, and dispose of the same at their will, paying such duties only as the inhabitants of the country wherein the said goods are, shall be subject to pay in like cases. And if in the case of real estate, the said heirs would be prevented from entering into the possession of the inheritance on account of their character of aliens, there shall be granted to them the term of three years, to dispose of the same as they may think proper, and to withdraw the proceeds without molestation, nor any other charges than those which are imposed by the laws of the country.

### ARTICLE 13.

Both the contracting parties promise and engage, formally, to give their special protection to the persons and property of the citizens of each other, of all

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                Page 6
1836 WL 3643 (U.S. Treaty)

occupations, who may be in the territories subject to the jurisdiction of the one
or the other, transient or dwelling therein, leaving open and free to them the
tribunals of justice, for their judicial recourse, on the same terms which are
usual and customary with the natives or citizens of the country in which they may
be; for which they may employ in defence of their rights, such advocates,
solicitors, notaries, agents and factors, as they may judge proper, in all their
trials at law; and such citizens or agents shall have free opportunity to be
present at the decisions and sentences of the tribunals, in all cases which may
concern them; and likewise at the taking of all examinations and evidence which
may be exhibited on the said trials.

ARTICLE 14.

The citizens of the United States residing in the territories of the Republic of
Venezuela, shall enjoy the most perfect and entire security of conscience, without
being annoyed, prevented or disturbed on account of their religious belief.
Neither shall they be annoyed, molested or disturbed in the proper exercise of
their religion in private houses, or in the chapels or places of worship appointed
for that purpose, with the decorum due to divine worship, and with due respect to
the laws, usages, and customs of the country. Liberty shall also be granted to
bury the citizens of the United States who may die in the territories of the
Republic of Venezuela, in convenient and adequate places, to be appointed and
established by themselves, for that purpose, with the knowledge of the local
authorities, or in such other places of sepulture as may be chosen by the friends
of the deceased; nor shall the funerals or sepulcres of the dead be disturbed, in
any wise, nor upon any account. In like manner, the citizens of Venezuela shall
enjoy within the Government and territories of the United States, a perfect and
unrestrained liberty of conscience and of exercising their religion publicly or
privately, within their own dwelling-houses, or in the chapels and places of
worship appointed for that purpose, agreeable to the laws, usages, and customs of
the United States.

ARTICLE 15.

It shall be lawful for the citizens of the United States of America and of the
Republic of Venezuela, to sail with their ships, with all manner of liberty and
security, no distinction being made who are the proprietors of the merchandises
laden thereon, from any port, to the places of those who now are, or hereafter
shall be at enmity with either of the contracting parties. It shall, likewise, be
lawful for the citizens aforesaid to sail with their ships and merchandises before
mentioned, and to trade with the same liberty and security from the places, ports,
and havens of those who are enemies of both, or either party, without any
opposition or disturbance whatsoever, not only directly from the places of the
enemy before mentioned to neutral places, but also from one place, belonging to an
enemy, to another place, belonging to an enemy, whether they be under the
jurisdiction of one power, or under several. And it is hereby stipulated, that
free ships shall also give freedom to goods, and that every thing shall be deemed
to be free and exempt, which shall be found on board the ships belonging to the
citizens of either of the contracting parties, although the whole lading, or any



Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                Page 7
1836 WL 3643 (U.S. Treaty)

part thereof, should appertain to the enemies of either; contraband goods being always excepted. It is also agreed, in like manner, that the same liberty shall be extended to persons who are on board a free ship, with this effect, that, although they be enemies to both, or either party, they are not to be taken out of that free ship, unless they are officers or soldiers, and in the actual service of the enemies. Provided, however, and it is hereby agreed, that the stipulations in this article contained, declaring that the flag shal cover the property, shall be understood as applaying to those powers only who recognise this principle; but if either of the two contracting parties shall be at war with a third, and the other neutral, the flag of the neutral shall cover the property of enemies whose governments acknowledge this principle, and not of others.

ARTICLE 16.

It is likewise agreed, that in the case where the neutral flag of one of the contracting parties shall protect the property of the enemies of the other, by virtue of the above stipulations, it shall always be understood that the neutral property found on board such enemy's vessels, shall be held and considered as enemy's property, and, as such, shall be liable to detention and confiscation; except such property as was put on board such vessel before the declaration of war, or even afterwards, if it were done without the knowledge of it: but the contracting parties agree, that two months having elapsed after the declaration, their citizens shall not plead ignorance thereof. On the contrary, if the flag of the neutral does not protect the enemy's property, in that case, the goods and merchandises of the neutral, embarked in such enemy's ship, shall be free.

ARTICLE 17.

This liberty of navigation and commerce shall extend to all kinds of merchandise, excepting those only which are distinguished by the name of contraband; and under this name of contraband or prohibited goods shall be comprehended:

1st. Cannons, mortars, howitzers, swivels, blunderbusses, muskets, fusees, rifles, carbines, pistols, pikes, swords, sabres, lances, spears, halberds and grenades, bombs, powder, matches, balls, and all other things belonging to the use of these arms.

2d. Bucklers, helmets, breastplates, coats of mail, infantry-belts, and clothes made up in the form and for military use.

3d. Cavalry-belts, and horses with their furniture.

4th. And generally all kinds of arms and instruments of iron, steel, brass, and copper, or of any other materials, manufactured, prepared, and form expressly to make war by sea or land.

ARTICLE 18.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                                          Page 8
1836 WL 3643 (U.S. Treaty)

All other merchandises and things not comprehended in the articles of contraband
explicitly enumerated and classified as above, shall be held and considered as
free, and subjects of free and lawful commerce, so that they may be carried and
transported in the freest manner, by the citizens of both the contracting parties,
even to places belonging to an enemy; excepting, only, those places which are, at
that time, besieged or blockaded; and to avoid all doubt in this particular, it is
declared, that those places only are besieged or blockaded, which are actually
attacked by a belligerent force capable of preventing the entry of the neutral.

ARTICLE 19.

The articles of contraband before enumerated and classified, which may be found
in a vessel bound for an enemy's port, shall be subject to detention and
confiscation, leaving free the rest of the cargo and the ship, that the owners may
dispose of them as they see proper. No vessel of either of the two nations shall
be detained on the high seas on account of having on board articles of contraband,
whenever the master, captain or supercargo of said vessel will deliver up the
articles of contraband to the captor, unless the quantity of such articles be so
great or of so large a bulk, that they cannot be received on board the capturing
ship without great inconvenience; but in this, and in all other cases of just
detention, the vessel detained shall be sent to the nearest convenient and safe
port for trial and judgment according to law.

ARTICLE 20.

And whereas it frequently happens that vessels sail for a port or places
belonging to an enemy without knowing that the same is besieged, blockaded or
invested, it is agreed that every vessel so circumstanced may be turned away from
such port or place, but shall not be detained, nor shall any part of her cargo, if
not contraband, be confiscated; unless, after warning of such blockade or
investment from any officer commanding a vessel of the blockading forces, she
shall again attempt to enter; but she shall be permitted to go to any other port
or place she shall think proper. Nor shall any vessel of either, that may have
entered into such port before the same was actually besieged, blockaded or
invested by the other, be restrained from quitting such place with her cargo; nor,
if found therein after the reduction and surrender, shall such vessel or her cargo
be liable to confiscation, but they shall be restored to the owners thereof.

ARTICLE 21.

In order to prevent all kind of disorder in the visiting and examination of the
ships and cargoes of both the contracting parties, on the high seas, they have
agreed, mutually, that, whenever a vessel of war, public or private, shall meet
with a neutral of the other contracting party, the first shall remain out of
cannon shot, and may send its boats with two or three men only, in order to
execute the said examination of the papers concerning the ownership and cargo of
the vessel, without causing the least extortion, violence, or ill-treatment, for

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                    Page 9
1836 WL 3643 (U.S. Treaty)

which the commanders of the said armed ships shall be responsible, with their
persons and property; for which purpose the commanders of said private armed
vessels shall, before receiving their commissions, give sufficient security to
answer for all the damages they may commit; and it is expressly agreed, that the
neutral party shall, in no case, be required to go on board the examining vessel
for the purpose of exhibiting his papers, or for any other purpose whatever.

### ARTICLE 22.

To avoid all kind of vexation and abuse in the examination of the papers relating
to the ownership of the vessels belonging to the citizens of the two contracting
parties, they have agreed, and do agree, that in case one of them should be
engaged in war, the ships and vessels belonging to the citizens of the other must
be furnished with sea-letters, or passports, expressing the name, property, and
bulk of the ships, as also the name and place of habitation of the master or
commander of said vessel, in order that it may thereby appear that said ship
really and truly belongs to the citizens of one of the parties; they have likewise
agreed that such ship being laden, besides the said sea- letters or passports,
shall also be provided with certificates, containing the several particulars of
the cargo, and the place whence the ship sailed, so that it may be known whether
any forbidden or contraband goods be on board the same; which certificates shall
be made out by the officers of the place whence the ship saild, in the accustomed
form: without such requisites, said vessels may be detained, to be adjudged by the
competent tribunal, and may be declared legal prize, unless the said defect shall
be proved to be owing to accident, and satisfied or supplied by testimony entirely
equivalent.

### ARTICLE 23.

It is further agreed, that the stipulations above expressed relative to the
visiting and examination of vessels, shall apply only to those which sail without
convoy, and when said vessels shall be under convoy, the verbal declaration of the
commander of the convoy, on his word of honour, that the vessels under his
protection belong to the nation whose flag he carries; and when they are bound to
an enemy's port, that they have no contraband goods on board, shall be sufficient.

### ARTICLE 24.

It is further agreed, that in all cases, the established courts for prize causes,
in the country to which the prizes may be conducted, shall alone take cognizance
of them; and whenever such tribunals, of either party, shall pronounce judgment
against any vessel, or goods, or property claimed by the citizens of the other
party, the sentence or decree shall mention the reason or motives on which the
same shall have been founded, and an authenticated copy of the sentence or decree,
and of all the proceedings in the case, shall, if demanded, be delivered to the
commander or agent of said vessel, without any delay, he paying the legal fees for
the same.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works



8 Stat. 466 Page 10
1836 WL 3643 (U.S. Treaty)

ARTICLE 25.

Whenever one of the contracting parties shall be engaged in war with another State, no citizen of the other contracting party shall accept a commission or letter of marque, for the purpose of assisting or co-operating hostilely with the said enemy, against the said party, so at war, under the pain of being considered as pirate.

ARTICLE 26.

If, by any fatality, which cannot be expected, and which God forbid, the two contracting parties should be engaged in a war with each other, they have agreed, and do agree, now for then, that there shall be allowed the term of six months to the merchants residing on the coasts, and in the ports of each other, and the term of one year to those who dwell in the interior, to arrange their business, and transport their effects, wherever they please, giving to them the safe-conduct necessary for it, which may serve as a sufficient protection until they arrive at the designated port. The citizens of all other occupations, who may be established in the territories or dominions of the United States and of the Republic of Venezuela, shall be respected and maintained in the full enjoyment of their personal liberty and property, unless their particular conduct shall cause them to forfeit this protection, which, in consideration of humanity, the contracting parties engage to give them.

ARTICLE 27.

Neither the debts due from individuals of the one nation to the individuals of the other, nor shares, nor moneys which they may have in public funds, nor in public or private banks, shall ever, in any event of war or of national difference, be sequestered or confiscated.

ARTICLE 28.

Both the contracting parties being desirous of avoiding all inequality in relation to their public communications and official intercourse, have agreed, and do agree, to grant to the envoys, ministers and other public agents, the same favours, immunities and exemptions, which those of the most favoured nation do, or shall enjoy: it being understood that whatever favours, immunities or privileges, the United States of America or the Republic of Venezuela may find it proper to give to the ministers and other public agents of any other power, shall, by the same act, be extended to those of each of the contracting parties.

ARTICLE 29.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                    Page 11
1836 WL 3643 (U.S. Treaty)

To make more effectual the protection which the United States and the Republic of Venezuela shall afford in future to the navigation and commerce of the citizens of each other, they agree to receive and admit consuls and vice- consuls in all the ports open to foreign commerce, who shall enjoy in them all the rights, prerogatives, and immunities, of the consuls and vice-consuls of the most favoured nation; each contracting party, however, remaining at liberty to exept those ports and places in which the admission and residence of such consul [and vice-consuls] may not seem convenient.

ARTICLE 30.

In order that the consuls and vice-consuls of the two contracting parties may enjoy the rights, prerogatives and immunities which belong to them by their public character, they shall, before entering on the exercise of their functions, exhibit their commission or patent in due form to the government to which they are accredited, and, having obtained their exequatur, they shall be held and considered as such by all the authorities, magistrates and inhabitants in the consular district in which they reside.

ARTICLE 31.

It is likewise agreed that the consuls, their secretaries, officers and persons attached to the service of consuls, they not being citizens of the country in which the consul resides, shall be exempt from all kinds of taxes, imposts and contributions, except those which they shall be obliged to pay on account of commerce or their property, to which the citizens and inhabitants, native and foreign, of the country in which they reside are subject, being in every thing besides, subject to the laws of the respective States. The archives and papers of the consulates shall be respected inviolably, and, under no pretext whatever, shall any magistrate seize or in any way interfere with them.

ARTICLE 32.

The said consuls shall have power to require the assistance of the authorities of the country for the arrest, detention and custody, of deserters from the public and private vessels of their country, and for that purpose, they shall address themselves to the courts, judges and officers competent, and shall demand the said deserters in writing; proving by an exhibition of the registers of the vessel's or ship's roll, or other public documents, that those men were part of the said crews, and on this demand so proved, (saving, however, where the contrary is proved,) the delivery shall not be refused. Such deserters, when arrested, shall be put at the disposal of said consuls, and may be put in the public prisons, at the request and expence of those who reclaim them, to be sent to the ships to which they belonged, or to others of the same nation. But if they be not sent back within two months, to be counted from the day of their arrest, they shall be set at liberty, and shall be no more arrested for the same cause.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                                                 Page 12
1836 WL 3643 (U.S. Treaty)

### ARTICLE 33.

For the purpose of more effectually protecting their commerce and navigation, the two contracting parties do hereby agree, as soon hereafter as circumstances will permit them, to form a consular convention, which shall declare especially the powers and immunities of the consuls and vice consuls of the respective parties.

### ARTICLE 34.

The United States of America and the Republic of Venezuela, desiring to make as durable as circumstances will permit the relations which are to be established between the two parties by virtue of this treaty of peace, amity, commerce and navigation, have declared solemnly, and do agree to the following points:

1st. The present treaty shall remain in full force and virtue for the term of twelve years, to be counted from the day of the exchange of the ratifications, and further, until the end of one year after either of the contracting parties shall have given notice to the other of its intention to terminate the same; each of the contracting parties reserving to itself the right of giving such notice to the other at the end of said term of twelve years; and it is hereby agreed between them that, on the expiration of one year after such notice shall have been received by either from the other party, this treaty in all its parts relative to commerce and navigation, shall altogether cease and determine, and in all those parts which relate to peace and friendship, it shall be perpetually and permanently binding on both powers.

2d. If any one of more of the citizens of either party shall infringe any of the articles of this treaty, such citizen shall be held personally responsible for the same, and harmony and good correspondence between the two nations shall not be interrupted thereby, each party engaging in no way to protect the offender, or sanction such violation.

3d. If, (what indeed cannot be expected) unfortunately any of the articles in the present treaty shall be violated or infringed in any other way whatever, it is expressly stipulated, that neither of the contracting parties will order or authorize any act of reprisal, nor declare war against the other, on complaints of injuries or damages, until the said party considering itself offended, shall first have presented to the other a statement of such injuries or damages, verified by competent proofs, and demanded justice, and the same shall have been either refused or unreasonably delayed.

4th. Nothing in this treaty shall, however, be constructed or operate contrary to former and existing public treaties with other sovereigns and states.

The present treaty of peace, amity, commerce, and navigation, shall be approved and ratified by the President of the United States of America, by and with the advice and consent of the Senate thereof, and by the President of the Republic of Venezuela, with the consent and approbation of the Congress of the same; and the ratifications shall be exchanged in the city of Caracas, within eight months, to be counted from the date of the signature hereof, or sooner if possible.

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works

8 Stat. 466                                                                 Page 13
1836 WL 3643 (U.S. Treaty)

    In faith whereof, we, the plenipotentiaries of the United States of America and of the Republic of Venezuela, have signed and sealed these presents.
    Done in the city of Caracas, on the twentieth day of January, in the year of our Lord one thousand eight hundred and thirty-six, and in the sixtieth year of the Independence of the United States of America, and the twenty-sixth of that of the Republic of Venezuela.

JOHN G A. WILLIAMSON,

(L. S.)


SANTOS MICHELENA,

(L. S.)

8 Stat 466, 1836 WL 3643 (U.S. Treaty)

END OF DOCUMENT

Copr. © West 2004 No Claim to Orig. U.S. Govt. Works