IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| MARCOS SANCHEZ, Individually and as Representative of the Estate of Nelson Napoleon Sanchez, <br><br>AIDO MANUAL GARRIDO and IVON ELENA PARRA DE GARRIDO, Individually and as Representatives of the Estates of Evelin Carol Garrido de Sanchez and Daniel Enrique Sanchez Garrido, a Minor, <br><br>MAXIMILLIANO PEREZ CEBALLOS and PETRA MARIA COLMENAREZ, Individually and as Representatives of Pedro Norberto Perez Colmenarez,<br>            Plaintiffs,<br><br>VS.<br><br>GOODRICH CORP., f/k/a B.F. Goodrich Co., FORD MOTOR COMPANY, and MICHELIN NORTH AMERICA, INC.<br>            Defendants. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. B-04-080 |

**ORDER**

In light of this Court's order dismissing this case under the doctrine of *forum non conveniens*, Defendants' Motion to Apply the Laws of Venezuela (Docket No. 7) is hereby **DENIED** as moot.

Signed this 22nd day of March, 2005.

Andrew S. Hanen
United States District Judge