IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, AS REPRESENTATIVE OF THE ESTATE OF NELSON NAPOLEON SANCHEZ | § § § § | |
| AIDO MANUEL GARRIDO AND IVON ELENA PARRA DE GARRIDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF EVELIN CAROL GARRIDO DE SANCHEZ AND DANIEL ENRIQUE SANCHEZ GARRIDO, A MINOR; | § § § § § § § § | |
| MAXIMILLIANO PEREZ CEBALLOS AND PETRA MARIA COLMENAREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF PEDRO NORBERTO PEREZ COLMENAREZ | § § § § § § | CIVIL ACTION NO. B-04-080 |
| VS. | § § | |
| GOODRICH CORPORATION F/K/A B.F. GOODRICH COMPANY; AND FORD MOTOR COMPANY | § § § § | |

DEFENDANTS' UNOPPOSED MOTION TO
ENLARGE TIME TO FILE DEFENDANTS' STIPULATION TO
COURT'S CONDITIONS FOR DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Michelin North America, Inc. and Ford Motor Company ("Defendants") and files this their Unopposed Motion to Enlarge Time to file Defendants' Stipulation to Court's Conditions for Dismissal. In support of this motion, defendants would respectfully show this Court the following:

1.    On March 22, 2005, the court granted defendants' Joint Motion to Dismiss for *Forum Non Conveniens*. As part of the order, the court conditioned its order on defendants' filing a written statement assenting to be bound by conditions set out in the Order within ten (10)

AUS:2557538.1
32302.114

business days from the date of the order. Defendants agreed to some of these conditions in their Joint Motion to Dismiss for *Forum Non Conveniens*; however, upon further review of the Court's Order, several conditions were not specifically addressed. Accordingly, Defendants respectfully request that this deadline be extended to allow the filing of the Stipulation attached hereto as Exhibit "A".

WHEREFORE, PREMISES CONSIDERED, the defendants request that this Court in all things grant their Unopposed Motion to Enlarge Time to file Defendants' Stipulation of Conditions for Court's and for such other relief, both at law and in equity, to which they may be entitled.

2

Respectfully submitted,

Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
SDTX No.: 14690
Chris A. Blackerby
State Bar No. 00787091
Federal I.D. 20016
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

Jaime Saenz                    v/ permiss—
Attorney-In-Charge             Chris A. Blackerby
SDTX No.: 7630
Texas Bar No.: 17514
RODRIGUEZ, COLVIN,
CHANEY & SAENZ, L.L.P.
1201 East Van Buren (78520)
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax: (956) 541-2170

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

3

AUS:2557538.1
32302.114

## CERTIFICATE OF CONFERENCE

On this date counsel for Michelin contacted Juan Gonzalez, counsel for plaintiffs, and Mr. Gonzalez does not oppose the relief requested in this motion.

Chris A. Blackerby

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by telecopy to all counsel of record listed below on this 13th day of April, 2005.

Mr. Juan A. Gonzalez
Law Office of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Mr. Jaime Saenz
Mr. R. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren (78520)
P. O. Box 2155
Brownsville, Texas 78522

Chris A. Blackerby

AUS:2557538.1
32302.114

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, | § | |
| AS REPRESENTATIVE OF THE ESTATE OF | § | |
| NELSON NAPOLEON SANCHEZ | § | |
| | § | |
| AIDO MANUEL GARRIDO AND IVON ELENA | § | |
| PARRA DE GARRIDO, INDIVIDUALLY AND | § | |
| AS REPRESENTATIVES OF THE ESTATES | § | |
| OF EVELIN CAROL GARRIDO DE SANCHEZ | § | |
| AND DANIEL ENRIQUE SANCHEZ | § | |
| GARRIDO, A MINOR; | § | |
| | § | CIVIL ACTION NO. B-04-080 |
| MAXIMILLIANO PEREZ CEBALLOS | § | |
| AND PETRA MARIA COLMENAREZ, | § | |
| INDIVIDUALLY AND AS REPRESENTATIVE | § | |
| OF PEDRO NORBERTO PEREZ | § | |
| COLMENAREZ | § | |
| | § | |
| VS. | § | |
| | § | |
| GOODRICH CORPORATION F/K/A | § | |
| B.F. GOODRICH COMPANY; AND | § | |
| FORD MOTOR COMPANY | § | |

## ORDER

On this the ____ day of April, 2005, came on to be heard Defendants' Unopposed Motion to Enlarge Time to file Defendants' Stipulation to Court's Conditions for Dismissal, and after review of the pleadings, the court grants defendants' motion.

It is therefore ORDERED that defendants' time to file their Stipulation to the Court's Conditions for Dismissal be extended.

ACCORDINGLY IT IS ORDERED that the Clerk of the Court file the Stipulation attached as Exhibit "A" to Defendants' Unopposed Motion to Enlarge Time to file Defendants' Stipulation to Court's Conditions for Dismissal.

5

AUS:2557538.1
32302.114

Signed this _____ day of April, 2005.


_____
JUDGE PRESIDING

AUS:2557538.1
32302.114