IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, AS REPRESENTATIVE OF THE ESTATE OF NELSON NAPOLEON SANCHEZ<br><br>AIDO MANUEL GARRIDO AND IVON ELENA PARRA DE GARRIDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF EVELIN CAROL GARRIDO DE SANCHEZ AND DANIEL ENRIQUE SANCHEZ GARRIDO, A MINOR;<br><br>MAXIMILLIANO PEREZ CEBALLOS AND PETRA MARIA COLMENAREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF PEDRO NORBERTO PEREZ COLMENAREZ<br><br>VS.<br><br>GOODRICH CORPORATION F/K/A B.F. GOODRICH COMPANY; AND FORD MOTOR COMPANY | § § § § § § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. B-04-080 |

## STIPULATION

Pursuant to the Memorandum Opinion signed March 22, 2005 by the Hon. Andrew S. Hanen, Michelin North America Inc. and Ford Motor Company ("Defendants") hereby agree to the following:

(1)  that defendants will submit to the jurisdiction in the appropriate Venezuelan forum;

(2)  that defendants will waive any statute-of-limitations or jurisdictional defenses that could be posed in the Venezuelan court;

(3)  that defendants agree to make available in Venezuela all relevant documents and witnesses within their control;

AUS:2557535.1
32302.114

(4)     that defendants agree to bear any translation-related expenses concerning the testimony of their English-speaking witnesses at trial;

(5)     that defendants agree to satisfy any Venezuelan judgment, subject only to whatever appellate rights they may enjoy in that forum; and

(6)     that defendants agree to satisfy any Venezuelan judgment, subject only to whatever appellate rights they may enjoy in that forum; and

(7)     that defendants agree to the reassertion of jurisdiction by this Court in the event that defendants fail to satisfy any final judgment.

Dated:    This 13th day of April, 2005.

AGREED:

*/s/ Thomas M. Bullion III*
Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
SDTX No.: 14690
Chris A. Blackerby
State Bar No. 00787091
Federal I.D. 20016
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

AUS:2557535.1
32302.114

_____
Jaime Saenz
Attorney-In-Charge
SDTX No.: 7630
Texas Bar No.: 17514
RODRIGUEZ, COLVIN,
CHANEY & SAENZ, L.L.P.
1201 East Van Buren (78520)
P. O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax: (956) 541-2170

w/ Permission by
_Ana A. Blackely_

ATTORNEYS FOR DEFENDANT
FORD MOTOR COMPANY

3

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded by telecopy to all counsel of record listed below on this 13th day of April, 2005.

Mr. Juan A. Gonzalez
Law Office of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Mr. Jaime Saenz
Mr. R. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren (78520)
P. O. Box 2155
Brownsville, Texas 78522

                                                                          Chris A. Blackerby

AUS:2557535.1
32302.114