United States District Court
Southern District of Texas
ENTERED

APR 1 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, §<br>AS REPRESENTATIVE OF THE ESTATE OF §<br>NELSON NAPOLEON SANCHEZ §<br>§<br>AIDO MANUEL GARRIDO AND IVON ELENA §<br>PARRA DE GARRIDO, INDIVIDUALLY AND §<br>AS REPRESENTATIVES OF THE ESTATES §<br>OF EVELIN CAROL GARRIDO DE SANCHEZ §<br>AND DANIEL ENRIQUE SANCHEZ §<br>GARRIDO, A MINOR; §<br>§<br>MAXIMILLIANO PEREZ CEBALLOS §<br>AND PETRA MARIA COLMENAREZ, §<br>INDIVIDUALLY AND AS REPRESENTATIVE §<br>OF PEDRO NORBERTO PEREZ §<br>COLMENAREZ §<br>§<br>VS. §<br>§<br>GOODRICH CORPORATION F/K/A §<br>B.F. GOODRICH COMPANY; AND §<br>FORD MOTOR COMPANY §| CIVIL ACTION NO. B-04-080 |

ORDER

On this the 15th day of April, 2005, came on to be heard Defendants' Unopposed Motion to Enlarge Time to file Defendants' Stipulation to Court's Conditions for Dismissal, and after review of the pleadings, the court grants defendants' motion.

It is therefore ORDERED that defendants' time to file their Stipulation to the Court's Conditions for Dismissal be extended.

ACCORDINGLY IT IS ORDERED that the Clerk of the Court file the Stipulation attached as Exhibit "A" to Defendants' Unopposed Motion to Enlarge Time to file Defendants' Stipulation to Court's Conditions for Dismissal.

5

AUS:2557538.1
32302.114

Signed this 15th day of April, 2005.

_____
JUDGE PRESIDING