IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| **MARCOS SANCHEZ, Individually and** § | | |
| as Representative of the Estate of Nelson § | | |
| Napoleon Sanchez, § | | |
| § | | |
| **AIDO MANUAL GARRIDO and IVON** § | | |
| **ELENA PARRA DE GARRIDO,** § | | |
| Individually and as Representatives of the § | | |
| Estates of Evelin Carol Garrido de § | | |
| Sanchez and Daniel Enrique Sanchez § | | |
| Garrido, a Minor, § | | |
| § | | |
| **MAXIMILLIANO PEREZ CEBALLOS** § | **CIVIL ACTION NO. B-04-080** | |
| and **PETRA MARIA COLMENAREZ,** § | | |
| Individually and as Representatives of § | | |
| Pedro Norberto Perez Colmenarez, § | | |
| Plaintiffs, § | | |
| § | | |
| VS. § | | |
| § | | |
| **GOODRICH CORP., f/k/a B.F. Goodrich** § | | |
| Co., **FORD MOTOR COMPANY,** and § | | |
| **MICHELIN NORTH AMERICA, INC.** § | | |
| Defendants. § | | |

**ORDER**

On March 22, 2005, this Court issued a memorandum opinion conditionally granting the defendants' joint motion to dismiss under the doctrine of *forum non conveniens*. [Docket No. 20.] On April 13, 2005, the defendants agreed to be bound by the conditions set forth in the Court's opinion. [Docket No. 23.] That being the case, the Court hereby **GRANTS** the defendants' joint motion to dismiss under the doctrine of *forum non conveniens* [Docket No. 8]. Said grant of dismissal remains conditioned by those terms previously articulated by the Court and assented to by the defendants.

Signed in Brownsville, Texas, this 2nd day of June, 2005.

_____
Andrew S. Hanen
United States District Judge