IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, AS REPRESENTATIVE OF THE ESTATE OF NELSON NAPOLEON SANCHEZ<br><br>AIDO MANUEL GARRIDO AND IVON ELENA PARRA DE GARRIDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF EVELIN CAROL GARRIDO DE SANCHEZ AND DANIEL ENRIQUE SANCHEZ GARRIDO, A MINOR;<br><br>MAXIMILIANO PEREZ CEBALLOS AND PETRA MARIA COLMENAREZ, INDIVIDUALLY AND AS REPRESENTATIVES OF PEDRO NORBERTO PEREZ COLMENAREZ<br><br>VS.<br><br>MICHELIN NORTH AMERICA, INC. AND FORD MOTOR COMPANY | § § § § § § § § § § § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. B-04-080 |

## ORDER SETTING HEARING

A hearing on Plaintiffs' Motion to Reconsider filed by Plaintiffs in the above-entitled and numbered cause is set for _____ __.m. on the _____ day of _____, 2005, before the United States District Court, Southern District of Texas, Brownsville Division.

SIGNED on this _____ day of _____, 2005.

_____
JUDGE PRESIDING

cc:   Juan A. Gonzalez; **Law Office of Mark A. Cantu**, 1300 N. 10th St., Suite 400; McAllen, Texas 78501

11

Mr. Thomas M. Bullion, III, **Brown McCarroll, LLP**, 111 Congress Avenue, Suite 1400, Austin, Texas 78701

William R. Moye and Evan Kramer, **Thompson Coe,** One Riverway, Ste. 1600, Houston, Texas 77056

Jaime Saenz, and R. Patrick Rodriguez, **Rodriguez, Colvin, Chaney & Saenz, LLP,** 1201 East Van Buren (78520), P.O. Box 2155, Brownsville, Texas 78522