IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, §<br>AS REPRESENTATIVE OF THE ESTATE OF §<br>NELSON NAPOLEON SANCHEZ §<br>§<br>AIDO MANUEL GARRIDO AND IVON ELENA §<br>PARRA DE GARRIDO, INDIVIDUALLY AND §<br>AS REPRESENTATIVES OF THE ESTATES §<br>OF EVELIN CAROL GARRIDO DE SANCHEZ §<br>AND DANIEL ENRIQUE SANCHEZ §<br>GARRIDO, A MINOR; §<br>§<br>MAXIMILLIANO PEREZ CEBALLOS §<br>AND PETRA MARIA COLMENAREZ, §<br>INDIVIDUALLY AND AS REPRESENTATIVE §<br>OF PEDRO NORBERTO PEREZ §<br>COLMENAREZ §<br>§<br>VS. §<br>§<br>GOODRICH CORPORATION F/K/A §<br>B.F. GOODRICH COMPANY; AND §<br>FORD MOTOR COMPANY §| | CIVIL ACTION NO. B-04-080 |

<u>DEFENDANT MICHELIN NORTH AMERICA, INC.'S RESPONSE TO
PLAINTIFFS' MEMORANDUM IN SUPPORT OF AND MOTION FOR
RECONSIDERATION OF COURT'S
GRANTING DEFENDANTS' MOTION TO DISMISS FOR FORUM NON CONVENIENS</u>

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

COMES NOW Defendant Michelin North America, Inc. ("Michelin") and files this its response to Plaintiffs' Memorandum in Support of and Motion for Reconsideration of Court's Granting Defendants' Motion to Dismiss for *Forum Non Conveniens* and in support thereof would respectfully show unto the Court as follows:

1. Plaintiffs argue that this Court should reconsider its ruling granting Defendant's Motion to Dismiss for *Forum Non Convenience*. To support this motion, they do not offer any

newly discovered evidence or argument; rather they simply re-urge that Venezuela is not an "available" forum.  This argument has been repeatedly rejected by this and other trial courts in Texas as well as the Fifth Circuit.  Because the issue has already been exhaustedly briefed by the parties, Michelin will not rebrief the issue but rather incorporates the arguments and authorities previously provided to the Court.  (*See* Michelin North America, Inc. and Ford Motor Company's Joint Motion to Dismiss for *Forum Non Conveniens* and Memorandum in Support of Same at p. 5; Plaintiff's Response to Defendants' Motion to Dismiss for *Forum Non Conveniens* at pp. 9-10; Michelin North America, Inc. and Ford Motor Company's Joint Reply to Plaintiffs' Response to Motion to Dismiss for *Forum Non Conveniens* at pp. 5-8.)

2. The Plaintiffs do offer one new argument that requires a brief rebuttal.  In their response to Defendant's motion to dismiss, Plaintiffs acknowledged that, under Article 40(4) of the Statute of Private International Law, Venezuelan courts could exercise jurisdiction over this case if Plaintiffs and Defendants expressly or tacitly submit to their jurisdiction.  (Plaintiff's Response to Defendants' Motion to Dismiss for *Forum Non Conveniens* at p. 9.)  Plaintiffs now take the opposite position and argue that Article 40(4) applies only to actions in property and therefore Venezuelan courts would not have jurisdiction even if both parties agreed.  This argument is totally without support and contradicts the testimony of Defendants' and Plaintiffs' Venezuelan law experts.  (*See* Affidavit of Tatiana B. de Maekelt at pp. 6-8, attached to Plaintiffs' Response to Motion to Dismiss as Exhibit "B"; Declaration of Victor Hugo Cuero Hernandez at II §§ D, attached to Defendants' Motion to Dismiss as Exhibit "I" and "J".)  It also fails to address the fact that "Supreme Court and the Fifth Circuit case law makes it clear that a foreign forum is available to plaintiffs hailing from the forum's country if the defendant submits itself to the foreign jurisdiction."  *Morales v. Ford Motor Co.*, 313 F.Supp.2d

2

672, 675 (S.D. Tex. 2004). Here, Defendants have submitted to the jurisdiction of Venezuela. Accordingly, the Court should deny Plaintiffs' motion for reconsideration.

WHEREFORE, PREMISES CONSIDERED, Michelin prays that the Court deny Plaintiffs' Memorandum in Support of and Motion for Reconsideration of Court's Granting Defendants' Motion to Dismiss for *Forum Non Conveniens*.

Respectfully submitted,

_____
Thomas M. Bullion III
Attorney-In-Charge
State Bar No. 03331005
SDTX No.: 14690
Chris A. Blackerby
State Bar No. 00787091
Federal I.D. 20016
BROWN MCCARROLL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 472-5456
(512) 479-1101 (facsimile)

ATTORNEYS FOR DEFENDANT
MICHELIN NORTH AMERICA, INC.

AUS:2575825.1
32302.114

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by telecopy to all counsel of record listed below on this 29th day of June, 2005.

Mr. Juan A. Gonzalez
Law Office of Mark A. Cantu
The Atrium
1300 N. 10th Street, Suite 400
McAllen, Texas 78501

Mr. Jaime Saenz
Mr. R. Patrick Rodriguez
Rodriguez, Colvin, Chaney & Saenz, L.L.P.
1201 East Van Buren (78520)
P. O. Box 2155
Brownsville, Texas 78522

Chris A. Blackerby

AUS:2575825.1
32302.114