IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

MARCOS SANCHEZ, INDIVIDUALLY AND, §
AS REPRESENTATIVE OF THE ESTATE OF §
NELSON NAPOLEON SANCHEZ §
§
AIDO MANUEL GARRIDO AND IVON ELENA §
PARRA DE GARRIDO, INDIVIDUALLY AND §
AS REPRESENTATIVES OF THE ESTATES §
OF EVELIN CAROL GARRIDO DE SANCHEZ §
AND DANIEL ENRIQUE SANCHEZ §
GARRIDO, A MINOR; §
§                    CIVIL ACTION NO. B-04-080
MAXIMILLIANO PEREZ CEBALLOS §
AND PETRA MARIA COLMENAREZ, §
INDIVIDUALLY AND AS REPRESENTATIVE §
OF PEDRO NORBERTO PEREZ §
COLMENAREZ §
§
VS. §
§
GOODRICH CORPORATION F/K/A §
B.F. GOODRICH COMPANY; AND §
FORD MOTOR COMPANY §

ORDER

Before the Court is Plaintiffs' Memorandum in Support of and Motion for

Reconsideration of Court's Granting Defendants' Motion to Dismiss for *Forum Non Conveniens.*

After considering the motion and Defendant's response, the Court is of the opinion that the

motion should be denied.

ACCORDINGLY IT IS ORDERED that the Plaintiffs' Memorandum in Support of and

Motion for Reconsideration of Court's Granting Defendants' Motion to Dismiss for *Forum Non*

*Conveniens* is hereby DENIED.

Signed this _____ day of _____, 2005.


_____
Andrew S. Hanen
United States District Judge