IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MARCOS SANCHEZ, INDIVIDUALLY AND, AS REPRESENTATIVE OF THE ESTATE OF NELSON NAPOLEON SANCHEZ <br><br> AIDO MANUEL GARRIDO AND IVON ELENA PARRA DE GARRIDO, INDIVIDUALLY AND AS REPRESENTATIVES OF THE ESTATES OF EVELIN CAROL GARRIDO DE SANCHEZ AND DANIEL ENRIQUE SANCHEZ GARRIDO, A MINOR; <br><br> MAXIMILLIANO PEREZ CEBALLOS AND PETRA MARIA COLMENAREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF PEDRO NORBERTO PEREZ COLMENAREZ <br><br> VS. <br><br> GOODRICH CORPORATION F/K/A B.F. GOODRICH COMPANY; AND FORD MOTOR COMPANY | § § § § § § § § § § § § § § § § § § § § § § § § § § §  <br><br><br><br> CIVIL ACTION NO. B-04-080 |

ORDER

Before the Court is Plaintiffs' Memorandum in Support of and Motion for Reconsideration of Court's Granting Defendants' Motion to Dismiss for *Forum Non Conveniens*. After considering the motion and Defendant's response, the Court is of the opinion that the motion should be denied.

ACCORDINGLY IT IS ORDERED that the Plaintiffs' Memorandum in Support of and Motion for Reconsideration of Court's Granting Defendants' Motion to Dismiss for *Forum Non Conveniens* is hereby DENIED.

Signed this ____ day of _____, 2005.

_____
Andrew S. Hanen
United States District Judge