IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| MARCOS SANCHEZ, Individually and as Representative of the Estate of Nelson Napoleon Sanchez, § § § § | | |
| AIDO MANUAL GARRIDO and IVON ELENA PARRA DE GARRIDO, Individually and as Representatives of the Estates of Evelin Carol Garrido de Sanchez and Daniel Enrique Sanchez Garrido, a Minor, § § § § § § § | | |
| MAXIMILLIANO PEREZ CEBALLOS and PETRA MARIA COLMENAREZ, Individually and as Representatives of Pedro Norberto Perez Colmenarez, Plaintiffs, § § § § § § § | CIVIL ACTION NO. B-04-080 | |
| VS. § § | | |
| GOODRICH CORP., f/k/a B.F. Goodrich Co., FORD MOTOR COMPANY, and MICHELIN NORTHA AMERICA, INC. § § § § | | |

**ORDER**

Pending before the Court is Plaintiffs' Motion for Reconsideration of Court's Granting Defendant's Motion to Dismiss for Forum Non Conveniens [Docket No. 26]. Said motion simply rehashes the same arguments that this Court has already rejected on several occasions. The only new argument presented by Plaintiffs' counsel is that "a clear reading of [Article 40(4) of the Venezuelan Statute on Private International Law] reveals that it applies only to *actions in property*." *Id.* at 3 (emphasis in original). Plaintiffs do not provide any support for this argument, which contradicts the testimony of both Plaintiffs' and Defendants' Venezuelan law experts. *See Docket No.16*, Ex. B; *Docket No. 8*, Ex. I. Plaintiffs assume that it is a foregone conclusion that a Venezuelan court will not exercise jurisdiction over this dispute, and they point

-2-

out that requiring them to file suit in a Venezuelan court only to have that court tell them it lacks jurisdiction places a huge burden on them and creates "manifest injustice." This Court is unpersuaded by such arguments and believes that the return jurisdiction clause in its dismissal opinion [Docket No. 20] and agreed-to by the defendants will compensate for the contingency contemplated by Plaintiffs' motion.

Having said that, the Court hereby **DENIES** Plaintiff's Motion to Reconsider [Docket No. 26].

Signed in Brownsville, Texas, this 20th day of October, 2005.

_____
Andrew S. Hanen
United States District Judge